IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Brooks, Earnest L

Printed: 01/22/09

Case Number:  04 B 44398
Judge:  Hollis, Pamela S
Filed:  12/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: December 31, 2008
Confirmed: January 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 30,476.09 |  |
| Secured: |  | 10,105.40 |
| Unsecured: |  | 15,802.44 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,609.31 |
| Other Funds: |  | 258.94 |
| Totals: | 30,476.09 | 30,476.09 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wells Fargo Fin Acceptance | Secured | 10,105.39 | 10,105.40 |
| 3. | AAFES | Unsecured | 1,349.27 | 2,698.53 |
| 4. | Wells Fargo Fin Acceptance | Unsecured | 985.91 | 1,971.82 |
| 5. | Jefferson Capital | Unsecured | 1,812.70 | 3,625.40 |
| 6. | ECast Settlement Corp | Unsecured | 720.71 | 1,441.41 |
| 7. | Jefferson Capital | Unsecured | 607.90 | 1,215.79 |
| 8. | Resurgence Financial LLC | Unsecured | 1,484.92 | 2,969.83 |
| 9. | National Capital Management | Unsecured | 939.83 | 1,879.66 |
| 10. | Aspire | Unsecured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | First USA | Unsecured |  | No Claim Filed |
|  |  |  | $ 20,706.63 | $ 28,607.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 104.26 |
| 4% | 71.43 |
| 3% | 62.50 |
| 5.5% | 311.03 |
| 5% | 104.19 |
| 4.8% | 185.73 |
| 5.4% | 669.39 |
| 6.6% | 100.78 |
|  | $ 1,609.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Brooks, Earnest L

Printed: 01/22/09

Case Number: 04 B 44398
Judge: Hollis, Pamela S
Filed: 12/2/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

